FILED
2010 Jan-13 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| La'SHUNDA C. LATHAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:09-CV-1355-PWG |
| | ) |
| CYNTHIA S. WHEELER-WHITE, Warden; | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on December 21, 2009 recommending that the petition for writ of habeas corpus be dismissed for failure to exhaust available state court remedies. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**. A Final Judgment will be entered.

**DONE** and **ORDERED** this   13th   day of January, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE